IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>D.A. INTERNATIONAL, INC. an Illinois corporation, RAAD ALTEMIMEI, an individual, and DOES 1-9, inclusive,<br><br>Defendants. | CIVIL ACTION NO.<br>FILED: MARCH 20, 2008<br>08CV1651      TC<br>JUDGE CONLON<br>MAGISTRATE JUDGE VALDEZ<br>JURY TRIAL DEMANDED |

**DISCLOSURE STATEMENT OF AMINI INNOVATION CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Amini Innovation Corporation ("AICO") states that:

1.  AICO has no parent corporation; and

2.  No publicly held corporation owns 10% or more of AICO stock.

Respectfully submitted,

Date: March 20, 2008

s/ Brent A. Hawkins
Jeffrey G. Gargano
Brent A. Hawkins
Mark R. Anderson
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 984-7733
Telefax: (312) 984-7700
E-mail: jgargano@mwe.com
          bhawkins@mwe.com
          manderson@mwe.com
ATTORNEYS FOR PLAINTIFF
AMINI INNOVATION CORPORATION

*Of Counsel*:
Daniel M. Cislo (Admission No.128,378)
Mark D. Nielsen
CISLO & THOMAS, LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
E-mail:dan@cislo.com
        mnielsen@cislo.com

CHI99 4958454-1.082220.0011