IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>D.A. INTERNATIONAL, INC. an Illinois corporation, RAAD ALTEMIMEI, an individual, and DOES 1-9, inclusive,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>FILED: MARCH 20, 2008<br>08CV1651          TC<br>JUDGE CONLON<br>MAGISTRATE JUDGE VALDEZ<br>JURY TRIAL DEMANDED |

## NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

The undersigned, counsel of record for Plaintiff, AMINI INNOVATION CORPORATION, furnishes the following in compliance with Local Rule 3.4 of this Court:

Names and address of parties:

PLAINTIFF:

　　Amini Innovation Corporation
　　8725 Rex Road
　　Pico Rivera, California  90660

DEFENDANTS:

　　D.A. International, Inc.
　　12413 S. Harlem Avenue, Suite 201
　　Palos Heights, Illinois  60463

　　Raad Altemimei
　　10861 Green Manor Drive
　　Orland Park, Illinois  60467

Numbers of the copyright registrations and design patents upon which this action has been brought:

      U.S. Design Patent No. D536,558
      U.S. Design Patent No. D535,507
      U.S. Design Patent No. D530,538
      U.S. Design Patent No. D524,060

Respectfully submitted,

Date: March 20, 2008

s/ Brent A. Hawkins
Jeffrey G. Gargano
Brent A. Hawkins
Mark R. Anderson
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096
Telephone: (312) 984-7733
Telefax: (312) 984-7700
E-mail: jgargano@mwe.com
      bhawkins@mwe.com
      manderson@mwe.com
ATTORNEYS FOR PLAINTIFF
AMINI INNOVATION CORPORATION

*Of Counsel*:
Daniel M. Cislo (Admission No.128,378)
Mark D. Nielsen
CISLO & THOMAS, LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
E-mail:dan@cislo.com
      mnielsen@cislo.com