**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMINI INNOVATION CORPORATION, a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08 C 1651 |
| v. | ) ) | Judge Suzanne B. Conlon |
| D.A. INTERNATIONAL, INC., an Illinois Corporation, RAAD ALTEMIMEI, an individual, | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendants, D.A. International, Inc. and Raad Altemimei (collectively, the "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order extending the time by eighteen (18) days -- that is, until April 30, 2008 -- for Defendants to answer or otherwise plead to the Complaint. The first Defendant was served with the Complaint and Summons on March 23, 2008. The second Defendant was served thereafter.

An extension is needed because the parties are actively exploring the possible resolution of this matter. Counsel for Defendants has conferred with the Plaintiff's counsel, and Plaintiff agrees to this extension of time.

///

WHEREFORE, Defendants request entry of an order in accordance with the prayer of this Agreed Motion.

                                        Respectfully submitted,

                                        D.A. INTERNATIONAL, INC. and
                                        RAAD ALTEMIMEI

Dated: April 10, 2008        By:  s/Roger H. Stein_____
                                        Roger H. Stein
                                        SCHWARTZ COOPER CHARTERED
                                        180 N. LaSalle Street - Suite 2700
                                        Chicago, Illinois 60601
                                        Telephone: (312) 346-1300
                                        Facsimile: (312) 782-8416

                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of April, 2008, a true and correct copy of the foregoing **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT** was filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will provide electronic notification of such filing to the following counsel for Plaintiff:

>Jeffrey R. Gargano
>Email: jgargano@mwe.com
>Brent A. Hawkins
>Email: bhawkins@mwe.com
>Mark R. Anderson
>Email: manderson@mwe.com
>McDERMOTT WILL & EMORY LLP
>227 West Monroe Street
>Chicago, IL 60606

and via facsimile, with confirmation via first-class U.S. mail, postage prepaid, to the following non-ECF registered counsel for Plaintiff:

>Daniel M. Cislo
>Mark D. Nielson
>CISLO & THOMAS, LLP
>1333 2nd Street, Suite 500
>Santa Monica, CA 90401
>Fax: (310) 394-4477

>__s/Roger H. Stein_____
>One of Defendants' Attorneys

477915.1 054511-09001