IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMINI INNOVATION CORPORATION, a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08 C 1651 |
| v. | ) ) | Judge Suzanne B. Conlon |
| D.A. INTERNATIONAL, INC., an Illinois Corporation, RAAD ALTEMIMEI, an individual, | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on Tuesday, April 15, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Conlon or any other Judge sitting in her place and stead, at the United States Courthouse, 219 South Dearborn Street, Room 1743, Chicago, Illinois, and then and there present the accompanying **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**, a copy of which is hereby being served upon you.

Respectfully submitted,

D.A. INTERNATIONAL, INC. and
RAAD ALTEMIMEI

Dated: April 10, 2008     By:   s/Roger H. Stein
                                Roger H. Stein
                                SCHWARTZ COOPER CHARTERED
                                180 N. LaSalle Street, Suite 2700
                                Chicago, Illinois 60601
                                (312) 346-1300

*Counsel for Defendants*

477966.1 054511-09001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of April, 2008, a true and correct copy of the foregoing **NOTICE OF AGREED MOTION** was filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will provide electronic notification of such filing to the following counsel for Plaintiff:

>Jeffrey R. Gargano
>Email: jgargano@mwe.com
>Brent A. Hawkins
>Email: bhawkins@mwe.com
>Mark R. Anderson
>Email: manderson@mwe.com
>McDERMOTT WILL & EMORY LLP
>227 West Monroe Street
>Chicago, IL 60606

and via facsimile, with confirmation via first-class U.S. mail, postage prepaid, to the following non-ECF registered counsel for Plaintiff:

>Daniel M. Cislo
>Mark D. Nielson
>CISLO & THOMAS, LLP
>1333 2nd Street, Suite 500
>Santa Monica, CA 90401
>Fax: (310) 394-4477

>    s/Roger H. Stein
>One of Defendants' Attorneys