IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMINI INNOVATION CORPORATION, a California corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 08 C 1651 |
| | ) | Judge Suzanne B. Conlon |
| D.A. INTERNATIONAL, INC., an Illinois corporation, RAAD ALTEMIMEI, an individual, and DOES 1-9, inclusive, | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) ) | |

**DEFENDANT D.A. INTERNATIONAL, INC.'S NOTICE OF AFFILIATES
PURSUANT TO LOCAL RULE 3.2**

Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant D.A. INTERNATIONAL, INC., through its counsel, states that no publicly held company owns 5% or more of the stock of D.A. INTERNATIONAL, INC.

Respectfully submitted,

**D.A. INTERNATIONAL, INC.**

Dated: April 10, 2008       By:   s/Roger H. Stein
　　　　　　　　　　　　　　　　Roger H. Stein
　　　　　　　　　　　　　　　　Patrick T. Stanton
　　　　　　　　　　　　　　　　Richard C. Himelhoch
　　　　　　　　　　　　　　　　**SCHWARTZ COOPER CHARTERED**
　　　　　　　　　　　　　　　　180 North LaSalle Street, Suite 2700
　　　　　　　　　　　　　　　　Chicago, Illinois  60601
　　　　　　　　　　　　　　　　(312) 346-1300

　　　　　　　　　　　　　　　　Counsel for Defendant D.A. International, Inc.

476324.1 054511-09001