# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1651 | **DATE** | 4/15/2008 |
| **CASE TITLE** | AMINI INNOVATION CORPORATION vs. D.A. INTERNATIONAL, INC, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion [14] for extension of time to answer or otherwise plead to the complaint is granted. Defendants shall answer or otherwise plead by April 30, 2008. Status hearing set on May 2, 2008 stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|