# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1651 | **DATE** | 5/2/2008 |
| **CASE TITLE** | AMINI INNOVATION CORPORATION vs. D.A. INTERNATIONAL, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. The case is dismissed pursuant to the settlement agreement. Defendant's motion [19] for extension of time to file answer is moot.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|