IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>D.A. INTERNATIONAL, INC. an Illinois corporation, RAAD ALTEMIMEI, an individual, and DOES 1-9, inclusive,<br><br>  Defendants. | CIVIL ACTION NO. 08 C 1651<br><br>Judge Suzanne B. Conlon<br><br>Magistrate Judge Valdez |

**STIPULATION OF DISMISSAL**

The Parties have entered into a written Settlement Agreement in settlement of the above-captioned case. Pursuant to the Settlement Agreement, it is **HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel, that:

(1) This Court shall and hereby does dismiss all claims presented by the Plaintiff against Defendants with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

(2) This Court shall and hereby does dismiss all claims, if any, presented by the Defendants against Plaintiff with prejudice pursuant to Rule 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure;

(3) Each Party shall bear its own costs and attorneys' fees;

(4) The Parties consent to jurisdiction of this Court and waive any right to appeal;

(5) Judgment is entered in order to allow the parties to enforce the Settlement Agreement and that the "with prejudice" language above shall not allow or permit either of the Parties to reopen issues resolved by this Judgment; and,

(6) The Parties consent that the Court shall retain jurisdiction of this matter, if necessary, to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted on this 12th day of May of 2008.

| | |
|---|---|
| /s Brent A. Hawkins_____ | /s Roger H. Stein_____ |
| Jeffrey G. Gargano | Roger H. Stein |
| Brent A. Hawkins | **SCHWARTZ COOPER CHARTERED** |
| **MCDERMOTT WILL & EMERY LLP** | 180 N. La Salle Street, Suite 2700 |
| 227 West Monroe Street | Chicago, IL 60601 |
| Chicago, IL 60606-5096 | Telephone: (312) 346-1300 |
| Telephone: (312) 984-7733 | Telefax: (312) 782-8416 |
| Telefax: (312) 984-7700 | E-mail: rstein@schwartzcooper.com |
| E-mail: jgargano@mwe.com | |
|         bhawkins@mwe.com | ATTORNEYS FOR DEFENDANTS D.A. INTERNATIONAL and RAAD ALTEMIMEI |
| ATTORNEYS FOR PLAINTIFF AMINI INNOVATION CORPORATION | |

SO ORDERED:

_____
Honorable Suzanne B. Conlon
United States District Court
for the Northern District of Illinois

CHI99 4980232-1.082220.0011